JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES CLARK,<br><br>            Petitioner,<br><br>v.<br><br>GLEN E. PRATT,<br><br>            Respondent. | Case No. 2:24-cv-06230-FWS-PD<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action for Failure to Prosecute,

JUDGMENT IS HEREBY entered dismissing the action without prejudice.

DATED:  February 25, 2025

                                        Hon. Fred. W. Slaughter
                                        UNITED STATES DISTRICT JUDGE